United States District Court
Southern District of Texas
**ENTERED**
January 18, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| AURELIO CHAVEZ, JR., "Plaintiff," | § § § | |
| v. | § § | Civil Action No. 1:21-cv-00153 |
| LUIS CARLOS LOPEZ, ET AL., "Defendants." | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 27) on "Plaintiff's Motion to Remand and Motion for Sanctions" ("Motion to Remand" and "Motion for Sanctions") (Dkt. No. 13). The R&R recommends this Court (1) grant the Motion to Remand, (2) deny the Motion for Sanctions, and (3) direct the Clerk of the Court to remand this case to the 107th Judicial District Court of Cameron County, Texas.

Objections were due December 17, 2021. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's Motion to Remand (Dkt. No. 13) is **GRANTED**; but Plaintiff's Motion for Sanctions (Dkt. No. 13) is **DENIED**. The Clerk of the Court is **ORDERED** to remand this case to the 107th Judicial District Court of Cameron County, Texas.

Signed on this 18th day of January, 2022.

Rolando Olvera
United States District Judge